No. 51, Misc. ANDERSON v. UNITED STATES.. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *De Long Harris* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 53, Misc. RAMOS v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 55, Misc. BELL v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 56, Misc. SISK v. TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 62, Misc. UNITED STATES EX REL. JACKSON v. MARTIN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 63, Misc. GILFORD v. MARTIN, WARDEN. County Court of Wyoming County, New York. Certiorari denied.

No. 64, Misc. WILSON v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 65, Misc. SCHAEFER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morris A. Shenker* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 68, Misc. MERRIMAN v. STEWART ET AL. C. A. 10th Cir. Certiorari denied. *Charles Evan Henderson* for petitioner. *Walter L. Budge,* Attorney General of Utah, for respondents.